**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT COURT OF LOUISIANA**

**ROBBIE FRANKS, INDIVIDUALLY AND AS THE APPOINTED REPRESENTATIVE OF THE ESTATE OF LAWRENCE FRANKS**

**CASE NO. 23-437**

**JUDGE SALLY D. DICK**

**MAGISTRATE JUDGE BOURGEOIS**

**VERSUS**

**STATE NATIONAL INSURANCE COMPANY**

---

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE CERTAIN DEADLINES**

---

In support of her Motion to Continue Certain Deadlines, Plaintiff, **ROBBE FRANKS**, states the following:

At this time, the parties have discussed necessary depositions, and have begun setting said depositions. However, due to both the witnesses' calendars and both attorneys' calendars, depositions will likely take until the end of June, 2024.[1] For this reason, the parties request that this court modify the scheduling order currently in place.

Plaintiff requires the following depositions which are already set:

- Scott Wolf: Deposition is set for February 8, 2024
- James Rivera: Deposition is set for February 16, 2024.

[1] Undersigned counsel (Mary Cryar) is currently handling Hurricane Laura, Delta and Ida cases which require mediations to take place during February, March and April, which has made scheduling the depositions in this case difficult.

- Corey Hebert: Deposition is set for March 18, 2024.
- Bryan Carpenter: Deposition is set for March 19, 2024.
- Vicky Forsyth: Deposition is set for March 26, 2024.
- Edgar Nunez: Deposition is set for April 26, 2024.

Plaintiff also requires the deposition of Kerry Miller, but Ms. Miller no longer works for Defendant and as of the date of the filing of this Motion, Plaintiff has not been provided with Ms. Miller's last known address. Plaintiff anticipates taking Ms. Miller's deposition in May. Plaintiff will also require a 30(b)(6) deposition of both the defendant and QEO, defendant's third-party administrator, which will be taken after the above depositions have been taken, likely in June.

Defendant has not advised as of yet which depositions it wishes to take, but likely will need, at minimum, the depositions of Rob Miller and Larry Frank.

This matter is currently set for trial by jury on April 28, 2025. Re-setting the deadlines as requested by the parties will not require a continuation of the trial, but will permit the parties to properly prepare the case for trial. Therefore, Plaintiff requests that the dates be continued as follows:

1. An extension of the fact discovery cutoff to June 30, 2024.
2. Disclosure of identities and resumes of experts[2]:
    a. Plaintiff: June 30, 2024
    b. Defendant: July 30, 2024
3. Expert reports must be submitted to opposing parties as follows:

[2] While the parties are not yet ready to stipulate to no experts, because this is a bad faith case only, and the federal case law on the use of experts in bad faith cases generally prohibits their use, it is likely no experts will be used by either side.

a. Plaintiff: July 30, 2024

b. Defendant: August 30, 2024

4. Expert discovery completed by September 30, 2024.

5. Deadline to file dispositive and Daubert motions: October 31, 2024.

6. All other deadlines to remain the same.

**4.**

Undersigned counsel advised defense counsel of Plaintiff's intention to file this Motion and provided a copy prior to filing. There is no objection to Plaintiff's requested extension of deadlines.

**WHEREFORE**, Plaintiff, **ROBBIE FRANKS**, prays that the Motion to Continue Certain Deadlines be granted.

Respectfully submitted,

**LABORDE EARLES LAW FIRM, LLC**

/s/Mary K. Cryar
**MARY K. CRYAR, Bar# 24062**
**DAVID C. LABORDE, Bar #20907**
1901 Kaliste Saloom Road (70508)
Post Office Box 80098
Lafayette, Louisiana 70598-0098
Office: 337-261-2617
Facsimile: 337-261-1934
*Attorneys for Robbie Franks*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon all known counsel of record by electronic mail, facsimile transmission and/or United States mail, properly addressed and postage prepaid, this 24th day of January 2024.

/s/Mary K. Cryar
**MARY K. CRYAR**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT COURT OF LOUISIANA**

**ROBBIE FRANKS, INDIVIDUALLY AND AS THE APPOINTED REPRESENTATIVE OF THE ESTATE OF LAWRENCE FRANKS**

**CASE NO. 23-437**

**JUDGE SALLY D. DICK**

**MAGISTRATE JUDGE BOURGEOIS**

**VERSUS**

**STATE NATIONAL INSURANCE COMPANY**

---

## RULE 7 CERTIFICATE

As required by Local Rule 7, Plaintiff states that Plaintiff provided Defendant with the instant motion. Defendant does not object.

/s/Mary K. Cryar
**MARY K. CRYAR**